INT... ...
REC... ...FILED
2016 FEB -1 PM 2:43

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>- One (1) Laptop Computer Toshiba Satellite C55D-A5240 serial 9D107804Q. )<br>)<br>) | Case No. 15-1286(M) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Judicial_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:

- One (1) Laptop Computer Toshiba Satellite C55D-A5240 serial 9D107804Q.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See ~~Affidavit in support~~. Attachments A and B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    9/18/15
                                                                                                                    *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.      ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
~~Marcos E. López~~  on duty.
                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   9/4/15 at 4:22 p.m.              _____
                                                                                           *Judge's signature*

City and state:   San Juan, Puerto Rico                  **MARCOS E. LOPEZ**
                                                                                      **U.S. Magistrate Judge**
                                                                                       *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 315 CR 00458 | Date and time warrant executed: 12-21-2016 | Copy of warrant and inventory left with: CCV Robert Perduski |
| Inventory made in the presence of: SA Vazquez Jose / SA Mitchell Perez | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1- Laptop Computer Toshiba Satellite C55A-A 5240
Serial 9D107804Q
Analysis done by CCV USPS OIG received 1-11-2016

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-1-2016

*Executing officer's signature*

Jose Vazquez S/A
*Printed name and title*

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-18
**Category::** COMPUTERS
**Description:** Toshiba laptop black with cord. password: bernalice235
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-19
**Category::** COMPUTERS
**Description:** Desktop Omega brand looks to be a homemade computer. Used for business. No powercord and may not function.
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-22
**Category::** DIGITAL MEDIA
**Description:** USB drive attache unknown
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-25
**Category::** DIGITAL MEDIA
**Description:** SD cards 3 each
8 mb
16 mb
512 mb
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-29
**Category::** CELL PHONE
**Description:** Iphone 6 IMEI 358373066087809. passcode 9925 telephone belongs to Daniel Lopez 787-403-1441
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-30
**Category::** CELL PHONE
**Description:** iphone 6 IMEI 359236060013205. passcode 0206 telephone belongs to Edna Rivera 787-403-1471
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

**Case #:** 15UISJ2182HC07HC
**Item ID:** 14345-32
**Category::** DIGITAL MEDIA
**Description:** USB storage devices wrist band. One red one black.
**Old Date Field:**
**Location:** Item currently 'Checked Out'

---

Submitted By: _Robert Peralsh_  DATE: 12/31/15

Received By: _[signature]_  DATE: 1-11-2016